**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CLA MILTON, LLC,

                          Plaintiff,

      -against-                                        20 **CIVIL** 9458 (ER)

## **JUDGMENT**

NORTH AMERICAN ELITE INSURANCE COMPANY,

                          Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 4, 2022, Defendants' motion to dismiss the complaint is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       February 4, 2022

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court

                           **BY:**
                                                       **Deputy Clerk**